Serial: **229695**

## IN THE SUPREME COURT OF MISSISSIPPI

### No. 2018-M-00633

*VICTOR HURNS*                                                                              *Petitioner*

*v.*

*STATE OF MISSISSIPPI*                                                              *Respondent*

### ORDER

Before the Court is Victor Hurns's motion titled "Requesting Clarification on Court's Order – No – '2018-M-00633' Victor Hurns v. State of Mississippi."

Hurns asks the Court to clarify its September 12, 2019, order denying his application for post-conviction relief. In the order, we directed that "[t]he Clerk of this Court shall not accept for filing any further applications for post-conviction collateral relief (or pleadings in that nature) from Hurns that are related to this conviction and sentence unless he pays the applicable docket fee." Thus, Hurns must pay the applicable docket fee before filing any applications for post-conviction collateral relief (or pleadings in that nature) related to the conviction and sentence attacked in that application. After due consideration, we find the motion should be denied.

IT IS THEREFORE ORDERED Hurns's motion requesting clarification is denied.

SO ORDERED, this the 26th day of February, 2020.


/s/ James D. Maxwell II
JAMES D. MAXWELL II, JUSTICE
FOR THE COURT


ALL JUSTICES AGREE TO DENY.

KING, P.J., OBJECTS TO THE ORDER IN PART WITH SEPARATE WRITTEN STATEMENT JOINED BY KITCHENS, P.J.

# IN THE SUPREME COURT OF MISSISSIPPI

## No. 2018-M-00633

*VICTOR HURNS*

*v.*

*STATE OF MISSISSIPPI*


**KING, PRESIDING JUSTICE, OBJECTING TO THE ORDER IN PART WITH SEPARATE WRITTEN STATEMENT:**

¶1.    The prior order entered by this Court is clear thus I would deny Hurns's motion to clarify. I incorporate by reference my objection and separate statement to this Court's order, signed September 11, 2019. Order, ***Hurns v. State***, No. 2018-M-00633 (Miss. Sept. 12, 2019) (King, P.J., objecting to the order with separate written statement).

**KITCHENS, P.J., JOINS THIS SEPARATE WRITTEN STATEMENT**.